LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/27/2020

August 26, 2020

**VIA ECF**

Andrew L. Carter, Jr., United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY  10007-1316
(718) 613-2225

Re: *Hedges v. David Burke 59 Corp.*, 20 CV 01752 (ALC)

Dear Judge Carter,

    The undersigned is counsel to the plaintiff in the above matter. I write to request a thirty-day extension of time, to September 23, 3030, to respond to the Court's order to show cause why this case should not be dismissed for failure to prosecute.

    Although the complaint was properly served, the defendant business has been closed, presumably due to the pandemic. According to the company's website, the company is reopening in early September. I am making every effort to ensure the company is aware of the lawsuit and its obligation to respond to the complaint.

    I thank the Court for its time and consideration.

Respectfully submitted,

*Justin Zeller*

Justin A. Zeller

SO ORDERED:

*Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: August 27, 2020